# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 10-5018-01-CR-SW-RED |
| ) | |
| ROBERTO RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's Motion to Suppress Statements Related to December 7, 2009, Arrest and Evidence Obtained Therefrom (Doc. 10), Defendant's Motion to Suppress Evidence of Items Seized on or about December 7, 2009 (Doc. 11), Defendant's Motion to Suppress on the basis of an Unlawful Search and Seizure Under the Fourth Amendment to the Constitution of the United States and the Cable Communications Act of 1984 (Doc. 16) and Defendant's Motion to Suppress Statements Allegedly Made on or about February 2, 2010 (Doc. 21). Also before the Court is the United States' Response to Defendant's Motions to Suppress (Doc. 31), Defendant's Further Submission Concerning the Defendant's Motions to Suppress (Doc. 43), and further briefing by the parties on the Motions to Suppress. Finally, before the Court is the Report and Recommendation of United States Magistrate Judge (Doc. 45).

The Court notes that Defendant filed no objection to the Report and Recommendation. After careful and independent review of the Motions to Suppress, the parties' briefing on the Motions, and the Report and Recommendation, this Court agrees with and **ADOPTS** the Report and Recommendation of United States Magistrate Judge (Doc. 45) in full. Defendant's Motion to Suppress Statements Related to December 7, 2009, Arrest and Evidence Obtained Therefrom (Doc.

10), Defendant's Motion to Suppress Evidence of Items Seized on or about December 7, 2009 (Doc. 11), Defendant's Motion to Suppress on the basis of an Unlawful Search and Seizure Under the Fourth Amendment to the Constitution of the United States and the Cable Communications Act of 1984 (Doc. 16) and Defendant's Motion to Suppress Statements Allegedly Made on or about February 2, 2010 (Doc. 21) are **DENIED**.

**IT IS SO ORDERED.**

Date:   December 23, 2010                             */s/ Richard E. Dorr*
                                                      RICHARD E. DORR, JUDGE
                                                      UNITED STATES DISTRICT COURT